UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS

VERSUS

TRACER PROTECTION SERVICES,
INC., ET AL

CIVIL ACTION

NUMBER 08-615-FJP-SCR

## J U D G M E N T

For the oral reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered dismissing all state law claims, without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment shall be entered dismissing all claims against Our Lady of the Lake, with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment shall be entered dismissing all remaining federal claims against Tracer Protection Services with prejudice.

Baton Rouge, Louisiana, January 4, 2010.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46323